UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE RIVERWOODS COMPANY, AT EXETER, NEW HAMPSHIRE<br><br>    Defendant. | Case No. 1:21-cv-338 |

STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


Date: August 17, 2021

/s/ Allan K. Townsend
Allan K. Townsend
Attorney for Plaintiff

Employee Rights Group
92 Exchange Street
Portland, Maine 04101
207-874-0905
Allan@EmployeeRightsLaw.Attorney


Date:  August 17, 2021

/s/ Thomas Closson
Thomas M. Closson
Attorney for Defendant

Jackson Lewis P.C.
100 International Drive, Suite 363
Portsmouth, NH 03801
603-559-2700
Thomas.Closson@JacksonLewis.com

1